# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDERSON, | ) | CASE NO. 5:20-cv-01902 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARA E. LIOI |
| v. | ) | |
| | ) | |
| CAPTAIN FRIEDT TOWER | ) | |
| SVCS., LLC, *et. al.*, | ) | **JOINT NOTICE OF** |
| | ) | **SETTLEMENT** |
| Defendants. | ) | |

The Parties hereby advise the Court that all claims and defenses for Plaintiff and Defendants in this matter have been resolved through settlement. The Parties will file a Stipulation or Notice of Dismissal or Motion for Settlement Approval within thirty (30) days.

                Respectfully Submitted,

                */s/ Max E. Dehn*
                Max E. Dehn (0079600)
                Cavitch, Familo & Durkin Co., L.P.A.
                1300 E. Ninth Street, 20th Floor
                Cleveland, Ohio 44114
                Telephone:    (216) 621-7860
                Fax:              (216) 621-3415
                Email: mdehn@cavitch.com
                ***Attorneys for Defendants***

                By:  */s/ Clifford P. Bendau, II*
                Clifford P. Bendau, II (0089601)
                Bendau & Bendau PLLC
                P.O. Box 97066
                Phoenix, Arizona 85060
                Telephone: (480) 382-5176
                Fax: (480) 304-3805
                Email: cliffordbendau@bendaulaw.com
                ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

>
> */s/ Max E. Dehn*
> Max E. Dehn (0079600)
> Cavitch, Familo & Durkin Co., L.P.A.
> 1300 E. Ninth Street, 20th Floor
> Cleveland, Ohio 44114
> Telephone: (216) 621-7860
> Fax: (216) 621-3415
> Email: mdehn@cavitch.com
> ***Attorneys for Defendants***