# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDERSON, | ) | CASE NO. 5:20-cv-1902 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAPTAIN FRIEDT TOWER SERVICES, LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

On April 29, 2021, following a telephone conference precipitated by plaintiff's motion to stay dismissal and enforce the settlement agreement (*see* Doc. No. 21, still pending), this Court, with counsel's agreement, set May 28, 2021 as the deadline for the parties to submit a jointly agreed final dismissal entry. That deadline has passed.

In the event the proposed joint dismissal entry is not filed by June 21, 2021, the attorneys and their clients shall appear for a show cause hearing on June 23, 2021 at 1:00 p.m. to determine if any party or attorney is at fault for the delay in proceeding with the settlement. The Court will impose sanctions, including possible imposition of attorney fees, as appropriate.

**IT IS SO ORDERED**.

Dated: June 15, 2021

                                                                           **HONORABLE SARA LIOI**
                                                                           **UNITED STATES DISTRICT JUDGE**