UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
1:38 pm Jun 21 2021
Clerk U.S. District Court
Northern District of Ohio
Akron

| | |
|---|---|
| **Robert Anderson**, <br><br> Plaintiff, <br><br> v. <br><br> **Captain Friedt Tower Services LLC**, an Ohio Limited Liability Company, and **Jason Friedt**, <br><br> Defendants. | No. 5:20-cv-01902-SL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 21st Day of June, 2021.

**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 0089601)
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Email: cliffordbendau@bendaulaw.com
*Counsel for Plaintiff*

CAVITCH FAMILO & DURKIN CO., L.P.A.

By: /s/ *Max E. Dehn*
Cavitch Familo & Durkinn Co., L.P.A.
1300 E. Ninth St., 20th Floor
Cleveland, Ohio 44114
Telephone: (216) 621-7860
Fax: (216) 621-3415
Email: mdehn@cavitch.com
*Counsel for Defendants*